Case 6:05-cv-00339-ACC-JGG   Document 33   Filed 07/11/05   Page 1 of 2 PageID 496

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTTSDALE INSURANCE COMPANY,**

    Plaintiff,

-vs-                                              Case No. 6:05-cv-339-Orl-22JGG

**NANCY C. McLARNON; MARC McLARNON; and JILL REYNOLDS, as Personal Representative of the Estate of Angela G. Parker,**

    Defendants.

---

## ORDER

This cause comes before the Court on consideration of the Motion to Dismiss Complaint for Declaratory Relief (Doc. No. 10) filed by Defendants Nancy C. McLarnon and Marc McLarnon (the "McLarnons") on March 30, 2005, and the Motion to Dismiss Complaint for Declaratory Relief (Doc. No. 18) filed by Defendant Jill Reynolds, as personal representative of the Estate of Angela G. Parker, on April 20, 2005.

This action was initiated by a Complaint (Doc. No. 1) for Declaratory Judgment filed by Scottsdale Insurance Company ("Scottsdale") on March 3, 2005. Scottsdale seeks a declaration that the McLarnons' Scottsdale insurance policy does not provide them with coverage for defense or indemnity for claims alleged in an underlying lawsuit in state court. On June 28, 2005, Scottsdale filed an Amended Complaint (Doc. No. 23-1) that adds additional defendants and reflects changes made in the underlying lawsuit.

Based on the foregoing, it is ordered as follows:

1.  Defendants Nancy C. McLarnon and Marc McLarnon's Motion to Dismiss Complaint for Declaratory Relief (Doc. No. 10) is DENIED without prejudice to refile in response to the Amended Complaint if appropriate.

2.  Defendant Jill Reynolds' Motion to Dismiss Complaint for Declaratory Relief (Doc. No. 18) is denied without prejudice to refile in response to the Amended Complaint if appropriate.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida this ____ day of July, 2005.

```
JOHN ANTOON, II
United States District Judge
(Signed in the Absence of United States
District Judge Anne C. Conway)
```

Copies furnished to:

Counsel of Record
Unrepresented Party